UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEACHEL MCMILLAN, | ) |
| | ) Case No: 23-2333 |
| Plaintiff, | ) |
| | ) Section: "R" (1) |
| v. | ) |
| | ) Judge Vance |
| DENIS MCDONOUGH, SECRETARY | ) |
| OF VETERANS AFFAIRS | ) Magistrate Judge van Meerveld |
| | ) |
| Defendant. | ) |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO ANSWER

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the defendant, Denis McDonough, the Secretary of Veterans Affairs, who pursuant to Local Rule 7.8, moves for a 21-day extension of time to file responsive pleadings. This would extend Defendant's deadline to file a responsive pleading from September 21, 2023 until October 12, 2023. Undersigned counsel certifies that there have been no previous extensions of time and no party has filed an objection to an extension of time into the record.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

 /s/ JASON M. BIGELOW
JASON M. BIGELOW
Assistant United States Attorney
LA Bar Roll No. 29761
650 Poydras Street - Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3025
Fax: (504) 680-3174
Email: jason.bigelow@usdoj.gov