UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEACHEL MCMILLAN, | ) | |
| | ) | Case No: 23-2333 |
| Plaintiff, | ) | |
| | ) | Section: "R" (1) |
| v. | ) | |
| | ) | Judge Vance |
| DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS | ) | |
| | ) | Magistrate Judge van Meerveld |
| | ) | |
| Defendant. | ) | |

# ORDER

The foregoing *Ex Parte* Motion for Extension of Time to Answer, filed by the Defendant, Denis McDonough, the Secretary of Veterans Affairs, is hereby **GRANTED**. Pursuant to Local Rule 7.8, Defendant's deadline to file its responsive pleading is extended from September 21, 2023 until October 12, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
**DISTRICT JUDGE SARAH S. VANCE**

1